UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2023

Elizabeth Marie Locke
Clare Locke, LLP
10 PRINCE ST
ALEXANDRIA, VA 22314

Eric P. Schroeder
Bryan Cave, LLP
1201 W PEACHTREE ST NW FL 14
ATLANTA, GA 30309

Appeal Number: 22-11270-V
Case Style: Project Veritas v. Cable News Network, Inc.
District Court Docket No: 1:21-cv-01722-SCJ

Dear Counsel,

Counsel is instructed to be aware of the decision in *Crane v. New York World Telegram Corp.*, 126 N.E.2d 753, 756 (1955) for tomorrow's oral argument. Neither side has cited the decision.

Clerk's Office Phone Numbers
General Information            404-335-6100
New / Before Briefing Cases    404-335-6135
Cases in Briefing / After Opinion  404-335-6130
Cases Set for Oral Argument    404-335-6141
Capital Cases                  404-335-6200
Attorney Admissions            404-335-6122
CM/ECF Help Desk               404-335-6125

LetterHead Only